**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| DEKIITRICIAS C. KENNON | CIVIL ACTION NO. 25-1746 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| CHARLES EDGELL, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 11, and Defendants' Motion to Dismiss, Record Document 8, having been considered, after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein.

Rather than filing an objection to the Report and Recommendation as required, the Plaintiff filed an amended complaint. *See* Record Document 12. Federal Rule of Civil Procedure 15 permits the filing of an amended complaint within 21 days after service of the motion to dismiss. *See* FED. R. CIV. P. 15(a)(1)(B). The motion to dismiss was filed on February 24, 2026, Record Document 8, and the amended complaint was not filed until April 7, 2026, Record Document 12. Therefore, the amended complaint is untimely. Although untimely, the Court considered the allegations in the amended complaint and finds that it did not cure the issues identified by the Magistrate Judge in the Report and Recommendation.

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss is **GRANTED**. All claims against Defendants, Charles Edgell, City of Springhill, Police Department City of Springhill, and XYZ Insurance, by Plaintiff, Dekiitricias C. Kennon, are **DISMISSED WITH PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 14th day of April, 2026.

**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**